IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **CEDRIC LAMONTE GRAY,** § | | |
| TDCJ No. 2286548, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 7:19-cv-00078-M-BP | |
| § | | |
| **WICHITA COUNTY** § | | |
| **SHERIFF'S DEPARTMENT**, *et al.*, § | | |
| § | | |
| Defendants. § | | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Amended Complaint (ECF No. 46) is **DISMISSED.** The Plaintiff's claims against Defendants Samantha Muncy and the Wichita County Sheriff's Department are **DISMISSED** with prejudice, and the Plaintiff's claims against Sheriff David Duke are **DISMISSED** without prejudice.

**SO ORDERED** this 19th day of January, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE